UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 8:14-cr-64-T-17TGW

JASMINE SANTOS-MARTINEZ

**FORFEITURE MONEY JUDGMENT AND PRELIMINARY
ORDER OF FORFEITURE FOR DIRECT AND SUBSTITUTE ASSETS**

THIS CAUSE comes before the Court upon the United States' Motion for:

(1)     A Preliminary Order of Forfeiture for the following directly traceable
        and facilitating assets:

        a.      J & E Adventure, Inc. d/b/a LeJune Liquors, including but not
                limited to:

                1.      Equipment and inventory; and

                2.      Liquor License Number BEV2300101;

        b.      One 2011 Infiniti QX56 SUV, white, Vehicle Identification
                Number: JN8AZ2NF4B9501298, Florida Tag No. X128GG,
                registered to Carlos Velazquez;

        c.      Contents of Wells Fargo Bank Checking Account Number
                2568822239, held in the names of Carlos Velazquez Roman
                and Yasmina Santos;

        d.      Contents of Wells Fargo Bank Savings Account Number
                2568731620, held in the names of Carlos Velazquez Roman
                and Yasmina Santos;

        e.      One 2001 Pleasure Outboard Fiberglass Vessel, Hull
                Number: CBA040WW101, Registration Number: FL1869PM
                with a homemade private trailer, Vehicle Identification
                Number: NOVIN0200993751, Florida Tag No. 113YDQ, both
                registered in the name of LeJune Liquors; and
        f.      Approximately $30,000.00 in U.S. currency;

(2)     A Forfeiture Money Judgment in the amount of $1,530,000.00;

(3)     A Preliminary Order of Forfeiture for the following substitute assets in partial satisfaction of the defendant's $1,530,000.00 forfeiture money judgment:

   a.     The real property located at 4871 Kendsha Street, North Port, Florida, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

          Lot 23, Block 1077, TWENTY-THIRD ADDITION TO PORT CHARLOTTE SUBDIVISION, as per plat thereof recorded in Plat Book 14, Page 13, of the Public Records of Sarasota County, Florida.

          Property Identification Number: 1146-10-7723;

   b.     A 2009 Pleasure Outboard Fiberglass Vessel, Hull Number: IYQ33005G809, Registration Number: FL5600NU with a 2008 All American Group Inc. trailer, Vehicle Identification Number: 1A9BB34328F714198, Florida Tag No. ARUK92, both registered in the name of Carlos Velazquez; and

   c.     One 2006 BMW, white, Vehicle Identification Number: WBANE53536CK90380, Florida Tag No. 420XDJ, registered to LeJune Liquors.

Being fully advised of the relevant facts, the Court hereby finds that the assets identified in '1a.' through '1f.' above are directly traceable to, or facilitated, the defendant's participation in the conspiracy to which she pled guilty.

The Court finds that the conspiracy for which the defendant pled guilty generated proceeds of $1,530,000.00.

The Court further finds that the United States is entitled to forfeit the substitute assets identified in '3a'. through '3c.' above, in partial satisfaction of the

2

defendant's Forfeiture Money Judgment.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that, pursuant to 8 U.S.C. § 1324(b), 18 U.S.C. § 982(a)(6), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the assets identified in '1a.' through '1f.' above are hereby forfeited to the United States for disposition according to law.

It is FURTHER ORDERED that, pursuant to 8 U.S.C. § 1324(b), 18 U.S.C. § 982(a)(6), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), the defendant shall be held liable for a forfeiture money judgment in the amount of $1,530,000.00.   The defendant shall be held jointly and severally liable for the full amount of the $1,530,000.00 money judgment with co-defendants Carlos Velazquez-Roman and Edel Mesa-Hernandez, and with co-defendants Mario Emilio Tamayo-Mejias for up to $50,000.00 and Yoel Baez-Hernandez for up to $730,000.00.

It is FURTHER ORDERED that, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1), and Rule 32.2(e)(1)(B), the substitute assets, identified in '3a.' through '3c.' above, are hereby forfeited to the United States for disposition according to law, in partial satisfaction of the defendant's $1,530,000.00 forfeiture money judgment.

3

The net proceeds from the directly traceable and substitute assets shall go toward satisfaction of the defendant's Forfeiture Money Judgment.

It is FURTHER ORDERED that, upon entry of this order, it shall become a final order of forfeiture as to the defendant.

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and to order any other substitute assets forfeited to the United States up to the amount of the forfeiture money judgment.

DONE and ORDERED in Tampa, Florida, this _____ 6th _____ day of _____ August _____, 2014.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
Natalie Hirt Adams, AUSA
Counsel of Record

4