UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          Case No. 8:14-cr-64-T-17TGW

JASMINE SANTOS-MARTINEZ

**FINAL JUDGMENT OF FORFEITURE**

THIS CAUSE comes before the Court upon the United States' Motion for a Final Judgment of Forfeiture, [DKT. 437] pursuant to 21 U.S.C. § 853(n)(7), and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for the following property:

    a.     One 2011 Infiniti QX56 SUV, white, Vehicle Identification Number: JN8AZ2NF4B9501298, Florida Tag No. X128GG, registered to Carlos Velazquez;

    b.     Approximately $1,544.03 seized from both Wells Fargo Bank Checking Account Number 2568822239, held in the names of Carlos Velazquez Roman and Yasmina Santos, and Wells Fargo Bank Savings Account Number 2568731620, held in the names of Carlos Velazquez Roman and Yasmina Santos; and

    c.     Approximately $30,000.00 in U.S. currency.

In addition, the United States moves, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1), and Rule 32.2(e)(1)(B), for a Final Judgment of Forfeiture for the following substitute assets in partial satisfaction of the defendant's $1,530,000.00 Forfeiture Money Judgment:

    a.     The real property located at 4871 Kendsha Street, North Port, Florida, including all improvements thereon and appurtenances thereto, the legal description for which is as

1

follows:

Lot 23, Block 1077, TWENTY-THIRD ADDITION TO PORT CHARLOTTE SUBDIVISION, as per plat thereof recorded in Plat Book 14, Page 13, of the Public Records of Sarasota County, Florida.

Property Identification Number: 1146-10-7723; and

b. A 2009 Pleasure Outboard Fiberglass Vessel, Hull Number: IYQ33005G809, Registration Number: FL5600NU with a 2008 All American Group Inc. trailer, Vehicle Identification Number: 1A9BB34328F714198, Florida Tag No. ARUK92, both registered in the name of Carlos Velazquez.

On August 5, 2014, the Court entered a Preliminary Order of Forfeiture for the property described above. Doc. 272.

The Court finds that in accord with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the assets on the official government website, www.forfeiture.gov, from August 12, 2014 through September 10, 2014. Doc. 339. The publication gave notice to all third parties with a legal interest in the asset to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 60 days of the first date of publication.

The Court further finds that, in accord with the requirements of 21 U.S.C. § 853(n), the United States sent notices of this forfeiture action, via United States certified and first class mail to Yasmina Santos, Yeleinys Morejon Santos, Maglay Molina, Rasters Investments, Inc, Teraskiewicz Holdings, LLC, and the Sarasota

2

CASE NO. 8:14-CR-64-T-17TGW

County Tax Collector, the only known parties or entities with an alleged legal interest in the assets. No person or entity, other than the defendant (whose interest in the assets was forfeited to the United States in the Preliminary Order of Forfeiture), Yeleinys Morejon Santos and Magaly Molina, (neither person filed a claim), Teraskiewicz Holdings, LLC (whose claim has been settled), and the Sarasota County Tax Collector (whose interest has been recognized), and Yasmina Santos and Rasters Investments, Inc (who was has no legal interest) are known to have an interest in the assets. No other third party has filed a petition or claimed an interest in the assets, and the time for filing a petition has expired.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (DKT. 437) is GRANTED.

It is FURTHER ORDERED that pursuant to 21 U.S.C. § 853(n)(7), 18 U.S.C. § 982(b)(1), and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the assets identified above are CONDEMNED and FORFEITED to the United States for disposition according to law, subject to the terms of the Stipulated Settlement Agreement with Teraskiewicz Holdings and the ad valorem real property taxes and non-ad valorem assessments due and owing to the Sarasota County Tax Collector in the instant case.

3

CASE NO. 8:14-CR-64-T-17 TGW

Clear title to the assets is now vested in the United States of America.

DONE and ORDERED in Tampa, Florida, this ___2ND___ day of ___JUNE___, 2015.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
Holly L. Gershow, AUSA
Counsel of Record